UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

KREISLER                                                                              Docket Number: 13 CV 1647 (JSR)

       -against-                                                           NOTICE OF ASSIGNMENT

60TH ST REST. CORP.
-------------------------------------------------------

The above-entitled action is:

[  ] Declined by Hon.
     As  [  ]Related/ [  ] Similar to case #:

[  ] Assigned to the Hon.
     [  ] Designated / [  ] Redesignated Hon.                    ,Magistrate Judge

[ X ] Accepted by Hon. JED S. RAKOFF (JSR)         as [  ] Related/ [ X ] Similar to case #:   09 CV 8618
     [ X ] Designated  [  ] Redesignated Hon. HENRY B. PITMAN (HBP), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                                Ruby J. Krajick
                                                Clerk of Court

Dated: 03/20/2013                                              By:     PHYLLIS ADAMIK
                                                                        Deputy Clerk