**UNITED STATES DISTRICT COURT**
**EASTERNSOUTHERN**
---------------------------------------------------------x
TODD KERISLER,

                  Plaintiff,

vs.

60TH STREET RESTAURANT CORP.,
A New York corporation,
D/b/a PATSY'S PIZZERIA, and
P.T.Z.REALTY, L.L.C., a New York limited
liability company,

                  Defendants.
---------------------------------------------------------x

**Docket No.: 13 Civ. 1647(JSR)**
**ECF CASE**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned is appearing on behalf of the Defendants named as 60TH STREET RESTAURANT CORP., a New York corporation, d/b/a PATSY'S PIZZERIA, and P.T.Z.REALTY, L.L.C., a New York limited liability company, in the above-captioned action.

      I certify that I am admitted to practice in this Court.

Dated: Queens, New York
       April 17, 2013

                                                KEVIN KERVENG TUNG, P.C.

                                                /s/ *Kevin K. Tung*
                                                By: Kevin Kerveng Tung, Esq.
                                               Attorneys for Defendants
                                               136-20 38th Avenue, Suite 3D
                                               Flushing, New York 11354
                                               ktung@kktlawfirm.com
                                               Tel: (718) 939-4633
                                               Fax: (718) 939-4468